**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DENISE A. SALADO, Revenue Officer,** | ) ) **CASE NO. 08-4818-WHA** |
| Petitioners, | ) ) **ORDER** |
| v. | ) ) |
| **GREGORY MUGG,** | ) ) |
| Respondent. | ) ) |

Petitioners' motion to dismiss this case is GRANTED. The parties are notified that all future hearings scheduled in this case are VACATED. Petitioners are directed to serve respondent with a copy of this ORDER.

IT IS SO ORDERED.

January 2, 2009
Dated: ~~December __, 2008~~

_____
WILLIAM ALSUP
United States District Court Judge

-1-